IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARVIN COLEMAN,

    Petitioner

v.

LARRY JENKINS, Warden
Redgranite Correctional Institution

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-716-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus with prejudice.

_____        12/31/09
Peter Oppeneer, Clerk of Court        Date